# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-3359

———————

Louise Saxton,                                      *
                                                   *
            Appellant,                             *
                                                   *   Appeal from the United States
      v.                                           *   District Court for the Eastern
                                                   *   District of Arkansas.
United States of America,                          *
                                                   *         [UNPUBLISHED]
            Appellee.                              *

———————

Submitted:   August 6, 2004
    Filed:   August 13, 2004

———————

Before WOLLMAN, McMILLIAN, and RILEY, Circuit Judges.

———————

PER CURIAM.

       Louise Saxton appeals the district court's[1] adverse grant of summary judgment
in her Federal Tort Claims Act negligence action against the Veterans Administration
Medical Center in Little Rock, Arkansas. After careful de novo review, we affirm for
the reasons stated by the district court. See 8th Cir. R. 47B.

———————————————————

———————————————

       [1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern
District of Arkansas.